**EXHIBIT B**

**EXHIBIT B**

# Notarization

The undersigned Notary Public of the Canton of Grisons, Switzerland, herewith certifies and confirms that the attached document and the information contained therein are extracted from the international register of the International trademark no. 978 731 SWISSGEAR ("ROMARIN database"), and as such the document contains information and words that are used by the Swiss Federal Institute of Intellectual Property (Switzerland Trademark Office), Switzerland.

Klosters, the twelfth of September, two thousand and fourteen

Klosters, September 12, 2014

Reg. A/2014/No. 4858



Leg. Nr. 10J 2262/3  Tax Fr. 50.-
Seen for legalization of the signature and seal given by D. iur J.D. Meisser
CHUR, 9/15/2014
The chancellery of the Canton of Grisons

S. Zillner

(2014) Consulate-General of the People's Republic of China in Zurich
Doc. No.0001513

This is to certify that the seal of the Canton of Grisons government of Switzerland and the signature of S. Zillner in the previous documents are authentic.

The organization(s) that issued such documents shall be liable for the content of those documents.

Consul of the Consulate-General of the People's Republic of China in Zurich

(Signature)
September 17, 2014

A3650605



## SWISS CONFEDERATION

Swiss Federal Institute of Intellectual Property – Stauffacherstrasse 65 – CH – 3003 Bern
Tel. +41 31 377 77 77 – fax +41 31 377 77 78

14.10.2009

Ref.              hzo
Direct N.     +41 31 377 73 21

**Notification of provisional refusal of protection (on the basis of an absolute ground)**

According to art. 5 of the Madrid Agreement, concerning the international registration of marks, in compliance with art. 5 of the Protocol relating to this Agreement as well as according to rule 17 of the Common Regulations of the Madrid Agreement, concerning the international registration of marks and to the Protocol relating to this Agreement, protection is provisionally refused in Switzerland to the following mark:

International Registration No.            978731  SWISSGEAR

**Reasons**

1. The above mentioned international registration cannot be accepted in Switzerland since:

☒   It is a matter of public affairs (art. 6.5, let. B, ch. 2 of the Paris Convention for the protection of industrial property (CUP); art. 2 let. A and art. 30, at. 2, let. C of the federal law on the protection of marks and indication of place of origin (LPM))

☐   Either the form represents the nature of the product itself or the product/package form is technically necessary (art. 6.5, let. B, ch. 2 CUP; art. 1, art. 2, let. B and art. 30, at. 2, let. C LPM)

☒   It can lead to misleading (art. 6.5, let. B, ch. 3 CUP, art. 2, let. C, art. 30, at. 2, let. C and, if applicable, art. 47 s. LMP)

☐   It is against the public order, it represents a morally reprehensible activity or it is against the law in force (art. 6.5, let. B, ch. 3 CUP; art.2, let. D, art. 30, at. 2, let. C LPM)

☐   The reproduction of the mark is not sufficient (art. 6.5, let. B, ch. 2 and 3, art. 1, art. 2, let. a and d, art. 30, at. 2, let. c LMP, art. 10 of the Disposition on the protection of marks (OPM).

In fact, the mark is made of the English terms "SWISS" (Suisse in French) and "GEAR" (= équipement, matériel, outils, vêtements, tenue, bagages, mécanisme, dispositif in French). The sign is thus to be considered as "Swiss equipment, Swiss mechanism, Swiss luggage etc. ". In connection with all the claimed products, the sign represents the origins of the quality and specialities of the above cited products belongs to the public field (art. 2 let. a LPM).

Furthermore, for all claimed products, the mark represents the origin of the above mentioned products. It could lead the addressee to misunderstand the geographical origin of the products if they are not originated in Switzerland (art. 2 let. c LPM).

2. Considering these reasons, the mark is provisionally refused to be protected in Switzerland for all claimed products.

3. The trademark holder can exercise his/her rights by entrusting an agent in Switzerland (art. 42 LMP) to present the will to the Swiss Federal Institute of Intellectual Property (hereinafter Institute) within 5 months from the date of issue of this notification, i.e. from now to 14.03.2010. A list of Swiss agents can be obtained by the Institute at the above cited address or via our website (http://www.ige.ch).

If, within the due time, the trademark owner's representative agent is unable to controvert this refusal of protection, the Institute shall declare that the appeal for the protection of the trademark was turned down absolutely according to rule 18ter.3) of the Common Regulations (art. 30, at.2 LMP).

Division of marks

Section of examination of marks

(Stamp: Swiss Federal Institute of Intellectual Property)

Olivier Hayoz

Legal means:

This provisional notification is not subject to appeal.
The final decision on the basis of an absolute ground and/or the decision on the opposition can be subject to an appeal before the Federal Administrative Court of Switzerland.

