GARY R. GOODHEART, ESQ. (NV Bar #1203)
KARL L. NIELSON, ESQ. (NV Bar #5082)
FENNEMORE CRAIG, P.C.
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone:  (702) 692-8000
Facsimile:   (702) 692-8099
Email:    ggoodheart@fclaw.com
          knielson@fclaw.com

RICHARD H. BROWN, ESQ.
(*admitted pro hac vice*)
DAY PITNEY LLP
7 Times Square, 20th Floor
New York, NY 10036
Telephone:  (973) 966-8119
Facsimile:   (973) 206-6129
Email:  rbrown@daypitney.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WENGER S.A,<br><br>          Plaintiff<br><br>     v.<br><br>FUZHOU HUNTER PRODUCT IMPORT AND EXPORT CO., LTD.; SWISSDIGITAL USA CO., LTD.; KRUMMHOLZ INTERNATIONAL INC.; SWISSGEAR SARL; and ZHIJIAN "HUNTER" LI,<br>          Defendants. | Case No. 2:15-cv-01098-GMN-NJK<br><br>**STIPULATION AND ORDER TRANSFERRING MATTER TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK** |

**STIPULATION AND ORDER TRANSFERRING MATTER TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK**

IT IS HEREBY STIPULATED by and between Plaintiff Wenger S.A. and Defendants Fuzhou Hunter Product Import & Export Co. Ltd. ("Fuzhou Hunter"), Swissdigital USA Co. Ltd, Krummholz International Inc., Swissgear Sarl, and Zhijian "Hunter" Li (collectively, "Defendants") that:

1. Defendants Krummholz International Inc. and Swissdigital USA Co., Ltd. filed a civil

10609424.4/038746.0001                       1

action against Wenger S.A. in the United States District Court for the Western District of New York on January 29, 2015 (No. 1:15-CV-00086-WMS) (hereinafter "WDNY Action");

2. Plaintiff Wenger S.A. filed a Complaint and other papers in the above-captioned action on June 10, 2015 (See Dkt No. 1);

3. In the above-captioned matter, Defendants filed a Countermotion to Dismiss or Transfer Case to the Western District of New York on June 19, 2015 (Dkt No. 33);

4. Plaintiff and Defendants hereby consent to transfer the matter currently pending in this Court (Docket No.: 2:15-CV-01098-GMN-NJK) to the Western District of New York pursuant to 28 U.S.C. § 1404(a); and, upon this Order being issued transferring this action to the Western District of New York, the Parties agree to the following terms and conditions:

a. In the above-captioned action, Defendants waive any and all defenses based on lack of personal jurisdiction, improper venue, insufficient process, and/or insufficient service of process (under Fed. R. Civ. P. 12(b)(2), 12(b)(3), 12(b)(4), and (12(b)(5));

b. In the event that Wenger S.A. asserts claims against them in the WDNY Action, Fuzhou Hunter, Swissgear Sarl and/or Zhijian "Hunter" Li each: (i) waive any and all defenses based on lack of personal jurisdiction, improper venue, insufficient process, and/or insufficient service of process (under Fed. R. Civ. P. 12(b)(2), 12(b)(3), 12(b)(4), and (12(b)(5)) and (ii) authorize the law firm of Meredith & Keyhani, PLLC to accept service on their behalf of any papers filed in the WDNY Action;

c. Wenger S.A. waives any and all defenses based on lack of personal jurisdiction, improper venue, insufficient process, and/or insufficient service of process (under Fed. R. Civ. P. 12(b)(2), 12(b)(3), 12(b)(4), and (12(b)(5)) in the WDNY Action; and

d. Plaintiff and Defendants agree that transfer of this action to the Western District of New York is convenient for the parties and is in the interest of justice.

5. Plaintiff and Defendants agree that, subject to any further order of the Western District of New York as the transferee court, Defendants shall have 30 days from the date of this Order to answer and/or otherwise respond to the Complaint filed by Wenger in this matter.

**PURSUANT TO THE STIPULATION OF THE PARTIES SET FORTH ABOVE; IT IS**

**HEREBY ORDERED THAT**:

1. Defendants' Countermotion to Dismiss or Transfer Case To the Western District Of New York is hereby denied as moot; and

2. This matter is hereby transferred to the United States District Court for the Western District of New York.

IT IS SO ORDERED this 14th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

CONSENTED TO BY:

| | |
|---|---|
| s/ Karl Nielson | s/ Amanda Yen |
| Gary R. Goodheart, Esq. (NV Bar #1203) | Amanda Yen, Esq. (NV Bar #9726) |
| Karl L. Nielson, Esq. (NV Bar #5082) | Joseph Schrage, Esq. (NV Bar # 11270) |
| Fennemore Craig, P.C. | McDonald Carano Wilson LLP |
| 300 S. Fourth Street, Suite 1400 | 2300 W. Sahara Avenue, Suite 1200 |
| Las Vegas, NV 89101 | Las Vegas, NV 89102 |
| Telephone: (702) 692-8000 | Telephone: (702) 873-4100 |
| Facsimile: (702) 692-8099 | Email: ayen@mcdonaldcarano.com |
| Email: ggoodheart@fclaw.com | jschrage@mcdonaldcarano.com |
| knielson@fclaw.com | |
| | |
| Richard H. Brown | Dariush Keyhani (DK 9673) |
| Day Pitney LLP | Jennifer Meredith (JM-4816) |
| 7 Times Square | Meredith & Keyhani, PLLC |
| Times Square Tower | 205 Main Street |
| New York NY 10036 | East Aurora, NY 14052 |
| Telephone: (212) 297-5854 | Telephone: (716) 898-8938 |
| Facsimile: (212) 916 2940 | Facsimile: (716) 299-2499 |
| Email: rbrown@daypitney.com | Email: dkeyhani@meredithkeyhani.com |
| | |
| Attorneys for Plaintiff | Attorneys for All Defendants |

10609424.4/038746.0001

3